**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| NANETTE LITHERLAND, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:20-cv-00630-ACL |
| CHRIS MCBEE | ) ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner Nanette Litherland's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1). Petitioner has neither paid the filing fee nor submitted an application to proceed in district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a)(1). In order to continue with her case, petitioner must either pay the full filing fee, or file an application to proceed without payment. Petitioner will be given thirty days in which to comply. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to petitioner a copy of the Court's Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that petitioner shall either pay the filing fee or submit an application to proceed in district court without prepaying fees or costs within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 26th day of May, 2020.

*abbie Crites-Leoni*

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE